IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANTHONY S. KIDD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case. No. 22-cv-3123 |
| | ) |
| JEREMY BAKER, *et al.* | ) |
| | ) |
| Defendants. | ) |
| | ) |

## WAIVER OF SERVICE OF SUMMONS EXECUTED

### KDOC Defendants

Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, the Kansas Department of Corrections ("KDOC") agrees on behalf of the defendants listed below (the "KDOC Defendants") to waive service of process and complaint in this matter:

Jeremy Baker
Printed name of party who waives service          Printed name of party who waives service

Tyler Jones
Printed name of party who waives service          Printed name of party who waives service

Michael Falck
Printed name of party who waives service          Printed name of party who waives service

Courtnie Simmons
Printed name of party who waives service          Printed name of party who waives service

Jason Vsetecka
Printed name of party who waives service          Printed name of party who waives service

Printed name of party who waives service          Printed name of party who waives service

Printed name of party who waives service          Printed name of party who waives service

## Non-KDOC Defendants

The defendants listed below are not believed to be current or former KDOC employees and will not be represented by the Kansas Attorney General ("AG"):

| | |
|---|---|
| Name of party not represented by AG | Name of party not represented by AG |
| Name of party not represented by AG | Name of party not represented by AG |
| Name of party not represented by AG | Name of party not represented by AG |
| Name of party not represented by AG | Name of party not represented by AG |
| Name of party not represented by AG | Name of party not represented by AG |

## Concluding Remarks

Pursuant to the Prisoner Litigation Reform Act and the Memorandum of Understanding for E-Service, the KDOC Defendants shall not be required to answer or otherwise respond to the complaint until the Court so orders. The KDOC Defendants shall have sixty (60) days from the date of such an order to file an answer or to otherwise respond to the complaint.

| | |
|---|---|
| 9/7/2022 | s/Dennis D. Depew |
| Date | Signature of Deputy Attorney General |