IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**ANTHONY S. KIDD,**

    **Plaintiff,**

    v.                                      CASE NO. 22-3123-SAC

**JEREMY BAKER, et al.,**

    **Defendants.**

### O R D E R

    Plaintiff, a state prisoner appearing *pro se* and *in forma pauperis*, filed this civil rights complaint pursuant to 42 U.S.C. § 1983. The events giving rise to his Complaint occurred during his detention at the Larned Correctional Mental Health Facility in Larned, Kansas ("LCMHF"). On August 3, 2022, the Court entered a Memorandum and Order (Doc. 6) directing the appropriate officials of LCMHF to prepare and file a *Martinez* Report. This matter is before the Court on the Motion to File Under Seal and Conventionally Exhibit 15 and File Under Seal Exhibits 16 and 17 to Investigative Report Prepared Pursuant to "Martinez v. Aaron" (Doc. 10) filed by Interested Party Kansas Department of Corrections ("KDOC").

    Counsel for KDOC seeks to file Exhibit 15 under seal and conventionally. Exhibit 15 consists of digital security video footage of the incident forming the basis of Plaintiff's Complaint. Counsel for KDOC states that Plaintiff will be allowed to view but not possess the CD for security reasons.

    Exhibit 16 is the Internal Management Policy and Procedure ("IMPP") 12-111A, Use of Force. IMPP 12-111A is designated "Staff Read Only," and counsel asserts that it cannot be

1

viewed or possessed by Plaintiff for security reasons. Counsel asks to file Exhibit 16 under seal and for the Court to direct that Plaintiff will not be allowed to view or possess the exhibit.

Exhibit 17 contains Plaintiff's medical records from December 28, 2021, to the present date. It consists of 133 pages. Counsel for KDOC states that Plaintiff will be given a copy of Exhibit 17, but, due to the number of redactions that would be necessary to protect Plaintiff's personal and private information, it is not feasible for counsel to redact each page before filing. Therefore, counsel asks that Exhibit 17 also be filed under seal.

For good cause shown, the Court grants the motion.

**IT IS THEREFORE ORDERED BY THE COURT** that the Motion to File Under Seal and Conventionally Exhibit 15 and File Under Seal Exhibits 16 and 17 to Investigative Report Prepared Pursuant to "Martinez v. Aaron" (Doc. 10) is **granted** to the extent that Exhibit 15 shall be filed under seal and conventionally, and Exhibits 16 and 17 shall be filed under seal. Movant shall provide Plaintiff with a copy of Exhibit 17 and shall allow Plaintiff to view Exhibit 15. Plaintiff shall not be allowed access to Exhibit 16.

**IT IS SO ORDERED.**

**Dated October 18, 2022, in Topeka, Kansas.**

<u>**S/ John W. Lungstrum**</u>
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**