Jon D. Graves, Legal Counsel, SC #10554
Hutchinson Correctional Facility
P.O. Box 1568
Hutchinson, KS 67504-1568
Telephone: (620) 625-7253
Jon.Graves@ks.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANTHONY KIDD ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 22-3123-SAC |
| ) | |
| JEREMY BAKER, TYLER JONES ) | |
| MICHAEL FALK, JASON VSETECKA ) | |
| F.N.U. SIMMONS, JOHN DOE ) | |
| Defendants. ) | |
| ) | |

# EXHIBIT 15

# SECURITY VIDEO OF FORCED CELL MOVE

# (Filed Conventionally and Under Seal)

EXHIBIT 15