In the United States District Court
for the District of Kansas

Anthony S Kidd
    Plaintiff

v.

Jeremy Baker, Tyler Jones,
Michael Falk, Jason Vsetecka,
F.N.U. Simmons, John Doe
    Defendants

Case N. 22-3123-SAC

(Motion for Identification)

1) The Martenez Report Reveals the Camara Footage.

2) Mr. Kidd withdrew his hand back from J. Baker, at that point Mr. Kidd recieved a punch to the head.

3) Mr. Kidd's Civil Right Complaint pursuant to U.S.C § 1983 / Litigating a John Doe the Plaintiff-Like to know the Name of the Defendant! Please and Thank You

(Certificate of Service)

I hereby certify that on Oct 21 2022 I past to staff for electronically filed with the court by using the CM/ECF system which will send a notice of electronic filing.

1)

2)