In the United States District Court
for the District of Kansas

Anthony S Kidd
       Plaintiff
v.                                          Case No. 22-3123-SAC
Jeremy Baker, Tyler Jones,
Michael Faik, Jason Vsetecka,
F.N.V Simmons, John Doe
       Defendants

"Plaintiff motion in Limine #1) To Exclude"
Evidence Regarding Disciplinary History

1) Mr Kidd who is a inmate in KDOC Eldorado Prison has incurred Prison Disciplinary infractions unrelated to this case.

2) Including infractions (such as Battery to staff that are perhaps not coincidentally similar to Defendants version of events

3) Defendants appear to argue Mr Kidd must have been the Aggressor in this case by pointing to his disciplinary record wich have nuthing to do with Mr Kidd being Beating almost a inch from his life.

4) Mr Kidds Disciplinary Record and self serving staff opinions are inadmissible

5) Propensity evidence under Federal Rule of Evidence Rule 404(A)

1)                                                              5)

Evidence of Plaintiff Prior Convictions of Anthony S Kidd Plaintiff Are not Relevant to His Claim that the Defendant Violated His Constitutional Right

## Conclusion

For the Reasons Discussed Above this Motion should Be granted. And the Lodged Proposed Order should Be Issued to exclude Evidence of I Mr Kidds Disciplinary History.

## (Certificate of Service)

I Hereby Certify that on Oct. 21 2022 I past to Staff for Electronically Filed with the Court By using the CM/ECF System which will Send A Notice of electronic Filing

Anthony S Kidd
# 93399
Limine # 1)

2)

6.)