In the United State District Court
for the District of Kansas

Anthony Kidd
    Plaintiff

V.

Jeremy Baker, Tyler Jones,   Case No. 22-3123-SAC
Michael Faik, Jason Vsetecka,
F.N.U Simmons, John Doe
    Defendants

Plaintiff motion in Limine #2):
To Exclude Evidence Regarding Convictions

Plaintiff Mr Kidd Respectfully move the Court for an order excluding evidence related to Mr Kidds Criminal History Because it is Irrelevant And unFairly prejudicial A proposed form. A proposed form of order is lodged Here with

(memorandum of Points And Authorities)

1) Mr Kidd is And Inmate in the Kdoc/Eldorado prison In 2007 Mr Kidd was convicted of Murder in first Degree/Aggravated Assault/Criminal Discharge of Fire Arm. occupied Dwelling./Aggravated Battery

2) I Mr Kidd Believes Defendant Intend to Raise His Prior convictions through Testimony.

3) Mr Kidd convictions Are Inadmissible Because they Are Inadmissible character Evidence under Rules 404 And 403 And unduly prejudicial under Rules 609(A) And 403.—

1.)        3)

4) MR Kidd Convictions Are Inadmissible Under Rules 404 And 43

5) For the Reason stated in motion in Limine #1) to exclude His Disciplinary History under those Rules

6) They Are irrelevant to His Civil Right Claim

(Conclusion)

For the Reasons Discussed Above this motion should Be Granted, And the lodged Proposed Order should Be Issued to Exclude evidence of MR Kidds Prior Convictions!

Certificate of Service)

I Hereby Certify that on Oct. 21 2022 I Past to Staff for Electronically Filed with the Court.

Anthony S Kidd
#93399

Limine #2)

2.)

4.)