"In The United States District"
Court for The District of Kansas

Anthony S Kidd
  Plaintiff.

v.

Jeremy Baker, Tyler Jones
Michael Falk, Jason Vsetecka
Courtnie Simmons, John Doe

CASE NO.
(22-3123-SAC)

(5)

Motion (Objecting) To the Report In
"Martinez v. Aaron" Ivestgation Civil
Right Complaint.
  (Arguments)

1.) On page (8) it was claimed no Injury to Plaint (Ankle) was Noted Nor did He Complain of Any Such Injury (I The Plaintiff Sending The Medical Record with this Motion Objecting To That False Report. Also Object This Medical Record Not in the Martinez Report.

(A.) The Martinez Report Do not Have My Pitchers of My Bleeding Ankle or the Pitchers of My Ribbes I Rapped up Because I was in Pain

1)

(6)

2) M/s "Penny Riedel" The Correction Manager of Records At Larned Correctional Mental Health Facility Duly Sworn According to Law upon Oath, Do Hereby Certify And Affirm that I Have personal Knowledge of the following to Be True NUMBER THREE 3) I Searched The Record for Any Grievances file By Anthony S Kidd No 93399, Regarding And Complaints or (Injuries) Received from A Use of Force on Dec/28/2021. Found Nothing (Ex.

10) 2 A.) I Don't Know How the Court will Deal with False Statement under Oath! But I Object to The Sworn Affidavit in the Martinez Report Because I Have Evidence the Health Services Regest form on 1/8/2022 Advicing I Need Treatment on My Ankle it Looks Infected I Need it Look At or Some Ointment Rn (Lucinda. Millsap) At Larned Correctional Mental Health Facility the Same (Rn) who Look At the Defendant Arm J. Baker ~~tried~~ yed to pull Me out My Cell take me up the Hall with Rn (Millsap) on A Sunday To check my Ankle I Refused Because I Do not Trust Them She would not Give Me Any Ointment.

2)

(7)

2 B.) I object to the Penny Riedel Sworn Affidavit Septemter/12TH 2022 (Saying she found No Grievance) - (Exhibt (10) NO: 3
I Mr Kidd object to the Martinez Report Because I sent A Emergency Grievence) to the Secretary of Correction At L.C.M.H.F About my Condition of Confinement.

SEE: Subil v. U.S Marshal. 2008 WL 835712 N.D. IND MAR. 24 2008) declining to Dismiss for Non exHaustion where Grievance wasnot filed in the Normal channels But the final Reviewing Authority Accepted And Respondet to it Stroup v. Collins, 2006 WL 3390393 Kretchmar v. Beart. 2006 WL 2038687 S(E.D.PA July 18 2006) when the Merits of PA Prisoners Claim Have Been fully Examined And Ruled Upon By the ultimate Administrative Authority Prision of officials Can No longer Assent the Defense of Failure To exHaust even if The Inmate did Not Follow Proper Administrative Procedure. note the ultimate Administrative Authority who would Be The Sercretary of Correction - Did Accept/ And Respondet To The Plaintiff Grievanes. Therefore The Plaintiff Grievance Would Be exHausted.      3)

3) The Plaintiff object to the Martinez Report on Not Having the (Hand Held Video Camera)

3 A) (Policy Planned Force). The use of Force in situations where time an circumstances allow for consultation with and approval by a Higher Ranking staff and there is some opportunity to plan the actual use of Force Evidence in the Martinez Report exhibits 5.) Defendent Tyler Jones was orded by a Higher Ranking staff (Pfloghoeft) move Plaintiff to A (RHU) for threatening a Corrections officer. A code was called Plaintiff explainted Him self the prision officers Jeff But shut Mr Kidds door and came back to force Cell Move the Plaintiff that way after the Absence of Force A wHell Chain was used and Al Response was called it's KDOC Policy to Have that Hand Held Video Camera to Prevent Bad Acts or Cover up Bad Acts. And I the Plaintiff Did see the Camera. (And I the Plaintiff would like to Review the Cell House Camera Please and Thank you! And the Hand Held Camera.

(4)

## Conclusion

The KDOC Policy Do not Allow Defendants (Jeremy Bake) to choke the Plaintiff on any Inmate for that matter wile Restrain in cuffs or Do the KDOC Allow a Inmate to Be Sucker Punched

It was said in Mr Kidds OSR Report to Place Mr Kidd the Plaintiff on OSR - it stated, (Use of Force had to Be used) The Fact that Force was used when unecessary or in a manner excessive to any Need is it Self evidence that the Defendants were Acting "Maliciously And Sadistically to cause Harm Miller v. Leathers 913 F.2d 1085 1088 (4th Cir 1990) Oliver v. Collins. 914 F.2d 5659 (5th Cir 1990 - Based on the use of excessive Force By Jeremy Baker wile Plaintiff was Being Raised up to Be put in a wheel chair No Scuffling Defendant Choked Mr Kidd Again with closed Hands Mr Kidd the Plaintiff was also slamed by the Defendents wile cuffs, on Plain-tiff, Ankles, And Restain Maliciously And Sadistically. Plaintiff (Object) to the Martinez Report For not Having the (OSR) Report

(6)

The Hand Held Camera or Cell House Camera would Revie John Doe Hit Mr. Kidd unprovoked in His Head! That's when it Became A Conflict. The Plaintiff Have motion the Court To Identify John Doe

(Exhibit "10" 1.) Plaintiff (object) To (Penny Riedel) The Correction Manager of Records Sworn Affidavit!

2.) Plaintiff (object to the Martinez Report Becouse it do not Have the Pitchers of the Plaintiff (Bleeding Ankle) or the Pitcher of the Plaintiff (Ribbes that was wrapped) up Becouse the Plaintiff was in pain or the (X-Rays) Taking in Eldorado!

3.) The Plaintiff Object To The Martinez Report Be Couse the Plaintiff Have Evidence of the Health Services Rejest form ON (1/8/2022) Advicing Plaintiff Need Treatment on His Ankle it looks Infected I Need it looked At or Some Ointment (Penny Riedel) Claiming No Record!

4.) Plaintiff Object to the Martinez Report for Not Having the Hand Held Video Camera Becouse it's Policy for The A1 Response (plus) A force cell Move By A Higher Rank Staff. The Hand Held Video Camera was Mandentury

b)
Look on Back ⟶

11)

I Anthony S Kidd #93399 Declare under Penity of Perjury That Foregoing is True And Correct Pursuant to 28 USC §1744

Certificate of Service

I Hereby Certify that on Oct/31/2022 I Past to Staff for Electronically filed with the Court By using the CM/ECF system which will send A Notice of Electronic Filing

7)