In the United States District Court for the District of Kansas

Anthony S Kidd
    Plaintiff
v.
Jeremy Baker, Tyler Jones
Michael Falk, Jason Vsetecka
Courtnie Simmons, John Doe

Case No. (22-3123-SAC)

(2)

Motion to the Court to Provide Plaintiff with All Camera Videos! Material Facts (A1 Policy Response) would be to have that Hand Held Video Camera

1. I the Plaintiff Anthony S Kidd
A Prisioner at (El Dorado. C. F
Civil Right Complaint (PO Box 311
Pursuant to USC § 1983 (El Dorado, Ks, 67042)

(Argument)

There are Genuine Issue of Material Fact That Preclude Summary Judgment for the Defendants on Plaintiff use of force claim

Point 1

Summary Judgment is to be granted only if the Record before the Court shows that there is no Genuine Issue as to any Material Fact and that the Moving Party is entitled to a Judgment as a Matter of Law Rule 56(c). Fed. R. Civ. P. A "Material" Fact is one that might Affect the Outcome of The Suit under the Governing Law "Anderson v. Liberty Lobby. Inc. 477 U.S 242, 248-106 S.Ct. 2505 (1986)

The Plaintiff and the Defendants are squarely contradictory as to what force was used when it was used and why it was used ③ The allegations in the Plaintiff petition portray a completely needless use of force against an inmate attempting to cooperate with the order he had been given. The Defendants by contrast claim that they used necessary force to control a prisoner who resisted them violently. There is clearly a genuine issue of fact.

The factual dispute is also material under the governing law. Whether the use of force by prison staff violates the Eighth Amendment depends on whether it was applied in good faith effort to maintain or restore discipline or maliciously and sadistically to cause harm Hudson v. McMillian, 503 U.S 1, 5-6, 112 S.Ct. 995(1992); Whitley v. Albers. 475 U.S. 312, 320-21 106 S.Ct. 1078(1986). The fact that force was used when unnecessary or in a manner excessive to any need is itself evidence that the Defendants were acting " maliciously and sadistically to cause harm. Note look at how the defendants trying to withheld the hand held video camara wich I the Plaintiff objected to in the Martinez Report



Because it's KDOC Policy on A
A1-Response (+) Force Cell move By A
Higher Rank Staff to Have That Hand Held
Video Camera I the plaintiff Motioning to the
Court to View All Camera video My
unit Team name is Mr. Johnson my
Building E1 Cell 232 if you the Court
Recommend or Provide A Video Review.
I'll Be Thankfull.


I Anthony S Kidd # 93399 Declare under
Penity of Perjury That Foregoing is TRUE
And Correct Pursuant to 28 USC § 1744


(Certificate of Service)
I Herby Certify that on Oct/31/2022 I
Past to Staff for Electronically Filed with
the Court By using the CM/ECF System
which will Send A Notice of Electronic
Filing.

3)