IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANTHONY S. KIDD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case. No. 22-3123-JWL-JPO |
| JEREMY BAKER, *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

### RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION
### FOR IDENTIFICATION AND MOTIONS IN LIMINE

Defendants Jeremy Baker, Tyler Jones, Michael Falck, Jason Vsetecka, and (FNU) Simmons ("Defendants") submit, through Assistant Attorney General Matthew L. Shoger, this response to Plaintiff's last three motions (Docs. 16, 17, 18). Plaintiff's Motion for Identification (Doc. 16) violates this Court's Memorandum and Order from August 3, 2022 (Doc. 6 at 8): "Discovery by Plaintiff shall not commence until Plaintiff has received and reviewed any Court-ordered answer or response to the Complaint." Plaintiff's motion is a discovery motion, and this Court's previous order clearly stated discovery may not commence until Plaintiff receives Defendants' answer, which would occur after the screening process. (Doc. 6 at 7-8.)

Plaintiff's other two motions, his Motion in Limine to Exclude Evidence Regarding Disciplinary History (Doc. 17), and his Motion in Limine to Exclude Evidence Regarding Convictions (Doc. 18), are inappropriate at this early stage in litigation. To the extent the Court considers the substance of these motions in limine, Defendants take no position on their substance, opposing only their appropriateness at this stage of litigation.

For these reasons, Defendants request that this Court enter an order denying Plaintiff's motions in Docs. 16, 17, and 18, and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
785-296-2215
Fax: (785) 291-3767
*Attorney for KDOC Defendants*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 1st day of November, 2022, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to the following:

  Jon D. Graves
  Hutchinson Correctional Facility
  PO Box 1568
  Hutchinson, KS 67504-1568
  jon.graves@ks.gov
  *Attorney for Hutchinson Correctional Facility, Interested Party*

  Natasha M. Carter
  Kansas Department of Corrections
  714 SW Jackson Street, Suite 300
  Topeka, KS 66603
  natasha.carter@ks.gov
  *Attorney for Kansas Department of Corrections, Interested Party*

I also certify that a copy of the above was served by means of first-class mail, postage prepaid, addressed to:

  Anthony S. Kidd, #93399
  EL DORADO Correctional Facility-Central
  PO Box 311
  El Dorado, KS 67042
  *Plaintiff, pro se*

            */s/ Matthew L. Shoger*
            Matthew L. Shoger
            Assistant Attorney General