In the United States District Court for the District of Kansas

Anthony S Kidd
  Plaintiff:
    v
Jeremy Baker, Tyler Jones, Michael Falk, Jason Vsetecka, Courtnie Simmons, John Doe

CASE NO. 22-3123-SAC

Motion for (Exhibits) "These" that should be in the Martinez or objecting to the cover up!

"Arguments"

1.) Policy of A (AI Response) plus A (force cell move) must have the hand held video camera. But it was claimed no record of?

2.) Providing (Exhibs) of the (Medical Report while in (LCMHF) that was said no record of — (the RN was (Lucinda Milsap) she was the same RN who look at the Defendants Baker's arm while at (L.C.M.H.F)

3.) Evidence or (Exhibs) of the Plaintiff emergence grievance that was claimed no record of by ("Penny Riedel");

Look on Back →

2.)

Exhibs of A Certified Mailed Receipt Post Marked 2/18/2022 Records Recieved it on 2/7/2022 And 1/13/2022 Note All these Dades to Secretary of Correction And Two Form "9" Dating 2/5/2022 from LCMHF of Plaintiff Sending Emergence Grievance That was Siad No Record of ?

I Anthony S Kidd #93399 Declare under Penity of Perjury That Foregoing is true And Correct Pursvant to 28 USC § 1744

### Certificate of Service

I Herby Certify that on Nov/3/2022 I Past to Staff for Electronically filed with the Court By using the CM/ECF System which will Send A Notice of Electronic Filing

(Conclusion)

The evidence or Exhibs Are Sent with The E-file

3.)