# AFFIDAVIT

State of Kansas       )
                      )   ss:
County of Pawnee      )

I, Penny Riedel, Corrections Manager I, at the Larned Correctional Mental Health Facility (LCMHF), being duly sworn according to law upon my oath, do hereby certify and affirm that I have personal knowledge of the following to be true:

1. I am a duly authorized custodian of records at the Kansas Department of Corrections ("KDOC").

2. I am the keeper of grievances and property claims filed at Larned Correctional Mental Health Facility ("LCMHF"), among other records.

3. I searched the record for any grievances filed by Anthony Kidd, inmate number 93399, regarding any complaints or injuries received from a use of force on December 28, 2021. I found no grievances or property claims from Mr. Kidd for that time frame for such a complaint.

FURTHER AFFIANT SAITH NOT!

_____
Penny Riedel

Subscribed and sworn to before me this __12th__ day of September, 2022.

_____
Notary Public

NOTARY PUBLIC - State of Kansas
CYNTHIA GORE
My Appt Expires 5-18-26

4)

EXHIBIT __10__

# Health Services Request Form

| For Medical Use Only |
| --- |
| Sólo para uso médico |
| Date Received: 1.8.22 |
| Time Received: 2200 |

Print Name (Imprimir nombre): Anthony Kidd
Date of Request: 1/8/2022
ID #: 93399                Date of Birth (Fecha de nacimiento): 2/11/73
Housing Location (Ubicación de la vivienda): E1
Nature of problem or request (Naturaleza del problema o solicitud): I Anthony's Kidd Need Treatment on my Ankles it Looks Infected A Little I need it looked At or some Ointment

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero con el cobro de algún cargo, puedo presenter un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

Patient Signature (Paciente Firma): Anthony Kidd

Place the slip in medical request box or designated area.
(Pon este articulo en la caja médica u otra área designada.)
Do not write below this area. (No escribe debajo de esta área.)

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

---

(The area below is not to be used for education, counseling or documenting a clinical encounter)

Triaged by: [signature]            ☑ Routine   ☐ Urgent   ☐ Emergent
Date: 1.8.22                        Time: 2200
Date of Face-to-Face Visit: 1.9.22 10am
Other:

Response Recommendation (to be completed by Medical Staff only)

Initial         ☑ Nurse    ☐ Doctor    ☐ Dentist    ☐ Eye Doctor    ☐ Mental Health    ☐ ARNP
Appointment     ☑ Nurse    ☐ Doctor    ☐ Dentist    ☐ Eye Doctor    ☐ Mental Health    ☐ ARNP
Fee Charge      ☐ $2.00
Comments: NC refusal

Staff Signature: [signature] RN          Date: 1.9.22



Centurion: REC-013KS
07/01/2020

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com

OFFICIAL USE

Certified Mail Fee: $ 3.75
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $ _____
☐ Return Receipt (electronic)    $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required       $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage: $ .58
Total Postage and Fees: $ 4.33

Sent To: Secretary of Correct
Street and Apt. No., or PO Box No.: 714 SW Jackson Ste 300
City, State, ZIP+4®: Topeka, KS 66603

7021 2720 0001 0758 7889

Postmark Here: FEB 18 2022  LARNED KS  USPS

CMHF 318 KS HWY 264 LARNED KS 67550

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

6.)

| Date Sent | Offender # | Offender Name | Housing |
|---|---|---|---|
| 1/13/2022 | 93399 | KIDD, ANTHONY, S | E0030T |

| Sent To | Secretary of Corrections<br>900 SW Jackson<br>Topeka, KS | ☑ Charged  Postage Amount  $0.58<br>☐ Own Stamp<br>☐ Certified |
|---|---|---|

2.)

| Date Sent | DOCID | Offender Name | | | Housing |
|---|---|---|---|---|---|
| 2/17/2022 | 93399 | KIDD, ANTHONY, S | | | E0030T |

| Sent To | Secretary of Corrections<br>714 Sw Jackson<br><br>Topeka, KS | ☑ Charged   Postage Amount   $4.33<br>☐ Own Stamp<br>☑ Certified |
|---|---|---|

| Date Sent | DOCID | Offender Name | | | Housing |
|---|---|---|---|---|---|
| 2/14/2022 | 93399 | KIDD, ANTHONY, S | | | E0030T |

| Sent To | Kansas Department of Corrections<br>714 SW Jackson<br><br>Topeka, KS | ☑ Charged   Postage Amount   $4.33<br>☐ Own Stamp<br>☑ Certified |
|---|---|---|

8.)

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

Kidd
_____
Last Name Only

## KANSAS DEPARTMENT OF CORRECTIONS

FEB 07 REC'D

#93399
Number

### INMATE REQUEST TO STAFF MEMBER

To: Mail Room_____ Date: 2/5/2022
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

For Some Strang Resion this Mail Room charged I MR Kidd $4.33 - Sent To Legal Services for Prisoners - Address 1430 SW Topeka Blvd - But I've Alrealy Had A Stamp on the Letter And this Letter was Not (Certified) So Could you Please Advise Me How would this Letter to Legal Servise Be $4.33 - Please And Thank you!

Work Assignment: N/A
Living Unit Assignment: E/30
Comment: _____
Detail or C.H. Officer: Cell Hall

Disposition: _____

To: _____ Date: _____
(Name & Number)

Disposition: See other form 9

Employee's Signature
P-0009

**To be returned to inmate.**

9.)

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

_Kidol_
Last Name Only

## KANSAS DEPARTMENT OF CORRECTIONS

# 93399
Number

FEB 07 REC'D

### INMATE REQUEST TO STAFF MEMBER

To: Mail Room
(Name and Title of Officer or Department)

Date: 2/5/2022

State completely but briefly the problem on which you desire assistance. (Be specific.)

I've recieved my recept from legal service date showing sent 1/13/2022, I've also sent a letter stamped to Secretary of Correction I just wont to know wy I have not recieved a mailed recief for my Secretary of Correction letter because the letter were sent at the same time. Please and thank you.

Work Assignment: N/A
Comment: _____

Living Unit Assignment: E/30
Detail or C.H. Officer: Call Hall

Disposition: Attached to a receipt to S.O.C.

To: _____
(Name & Number)

Date: _____

Disposition: Your AWR was marked for certified. Had it not been marked that way, we wouldn't have charged for certified.

Johnson
Employee's Signature

To be returned to inmate.

P-0009

10.)