## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **ANTHONY S. KIDD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case. No. 22-3123-JWL-JPO** |
| ) | |
| **JEREMY BAKER,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ─────────────────────────── ) | |

### NOTICE OF WITHDRAWAL OF COUNSEL AND
### ENTRY OF APPEARANCE OF SUBSTITUTED COUNSEL

Pursuant to D. Kan. Rule 83.5.5(c), Matthew L. Shoger, Assistant Attorney General, hereby enters his appearance as substituted counsel for Defendants Jeremy Baker, Tyler Jones, Michael Falck, Jason Vsetecka, and FNU Simmons. Dennis D. Depew, Deputy Attorney General, hereby withdraws his appearance as counsel of record for Defendants.

This notice is being served as required by D. Kan. Rule 83.5.5(c).

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for KDOC Defendants*

*/s/ Dennis D. Depew*
Dennis D. Depew, #11605
Deputy Attorney General
120 S.W. 10th Ave., 2nd Fl.
Topeka, KS 66612-1597
Tele:  (785) 296-2215
Fax:  (785) 295-3875
Dennis.Depew@ag.ks.gov
*Attorney for KDOC Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of November, 2022, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to the following:

Jon D. Graves
Hutchinson Correctional Facility
PO Box 1568
Hutchinson, KS 67504-1568
jon.graves@ks.gov
*Attorney for Hutchinson Correctional Facility, Interested Party*

Natasha M. Carter
Kansas Department of Corrections
714 SW Jackson Street, Suite 300
Topeka, KS 66603
natasha.carter@ks.gov
*Attorney for Kansas Department of Corrections, Interested Party*

I also certify that a copy of the above was served by means of first-class mail, postage prepaid, addressed to:

Anthony S. Kidd #93399
EL DORADO Correctional Facility-Central
PO Box 311
El Dorado, KS 67042
*Plaintiff, pro se*

*/s/ Matthew L. Shoger*
Matthew L. Shoger
Assistant Attorney General