In the United States District
Court for the District of Kansas

Anthony S Kidd,
        Plaintiff

        V
Jeremy Baker, Tyler Jones
Michael Fair. Jason Vsetecka
Courtnie Simmons. John Doe

CASE NO.
(22-3123-S4C)

" Response in Opposition to Defendants Motion "
Some what objecting to Plaintiff Motion for
Identification And Motion in Limine

                    Arguement

1) Plaintiff under stand the Martinez Report was
premature, for Identification on who struck
Plaintiff in the Head But was Hoping the
Martinez would Have the name of who John
Doe would Be, Plaintiff Filed Motion oct/21/2022
And it was ("NotA Discovery motion") That would
occur After the Screening Process

2) Z.1ke Plaintiff Advised in His Motion filed
oct/21/2022, The Martinez Report would
Reveal the camera Footage/ That's Litigating
The Martinez Report on Identification

                        2.)

(CONCLUSION)

PLAINTIFF MOTIONS NOT A ("DISCOVERY".) But
would understand The IDENTIFICATION, Motion
would Be PREMATURE to the MARTINEZ REPORT
on the Identification Motion About who
John DOE would BE, PLAINTIFF MOTIONS IN DOCS.
16. 17 And 18 Should not Be Denyed Becouse
Defendents Counsoul (Misunderstood) PLAINTIFF
motion. /or/ Provide A (STAY) on the Motions
untiel The MARTINEZ Report Compleated !!! the
NAMES LiKE (F.N.U SIMMONS) The MARTINEZ (REPORT REVEALS)
Here NAME would Be ("Courtnie, SIMMONS") PLAINTIFF
object to ISSUES IN THE MARTINEZ Report ONCE Its !) Complet
I, PLAINTIFF would Be Able to IDENTIFY THE GARD
WHO STRUCK ME UNPROVOKED, PLEASE AND THANK YOU
on WHAT ever THE Court Deems Just.

(CERTIFICAT of SERVICE)

I Herby certify That on NOV/8/ 2022 I PAST to STAFF
for Electronically filed with the Court By Using the cm/ECF
System which will Send A Notice of Electronic Filing
(I Anthony S Kidd #93399 DECLARE under Penity of
Perjury That Foregoing under Penity of Perjury That Fore going
is TRUE And CORRECT PURSUANT to 28 USC § 1744

· 3)