## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **ANTHONY S. KIDD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case. No. 22-3123-JWL-JPO** |
| ) | |
| **JEREMY BAKER,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME

Defendants Jeremy Baker, Tyler Jones, Michael Falck, Jason Vsetecka, and (fnu) Simmons ("Defendants"), through Assistant Attorney General Matthew L. Shoger, respectfully move this Court for an order allowing an additional fourteen (14) days in which to file a response to Plaintiff's Motion to the Court to Provide Plaintiff with All Camera Videos (Doc. 21). In support of the requested extension, the Defendants state the following:

1. Currently, Defendants must respond by November 14, 2022.

2. Defendants have not requested a previous extension of time as to this deadline.

3. Defendants have not conferred with the Plaintiff in this matter.

4. Good cause exists for the requested motion.

5. This Motion is made in good faith and is not presented for the purpose of delay. Defendants require additional time to obtain a necessary declaration and other evidence. The extension is also requested due to the press of other business and the undersigned counsel's previously scheduled obligations.

WHEREFORE, for the reasons set forth above, Defendants request this Court enter an Order granting an extension of time allowing fourteen days to respond to Plaintiff's Motion to

the Court to Provide Plaintiff with All Camera Videos, and any further relief this Court deems just and proper.

Respectfully Submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 10th day of November, 2022, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to the following:

Jon D. Graves
Hutchinson Correctional Facility
PO Box 1568
Hutchinson, KS 67504-1568
jon.graves@ks.gov
*Attorney for Hutchinson Correctional Facility, Interested Party*

Natasha M. Carter
Kansas Department of Corrections
714 SW Jackson Street, Suite 300
Topeka, KS 66603
natasha.carter@ks.gov
*Attorney for Kansas Department of Corrections, Interested Party*

I also certify that a copy of the above was served by means of first-class mail, postage prepaid, addressed to:

Anthony S. Kidd, #93399
EL DORADO Correctional Facility-Central
PO Box 311
El Dorado, KS 67042
*Plaintiff, pro se*

*/s/ Matthew L. Shoger*
Matthew L. Shoger
Assistant Attorney General