IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANTHONY S. KIDD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case. No. 22-3123-JWL-JPO |
| | ) |
| JEREMY BAKER, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR ORDER

Defendants Jeremy Baker, Tyler Jones, Michael Falck, Jason Vsetecka, and (FNU) Simmons ("Defendants") submit, through Assistant Attorney General Matthew L. Shoger, this response in opposition to Plaintiff's Motion for Order (titled Motion to the Court to Provide Plaintiff with All Camera Videos, Doc. 21).

In Plaintiff's Motion for Order, Plaintiff motioned the Court to "view all camera video" (Doc. 21 at 3). Plaintiff's Motion for Order is now moot. On November 10, 2022, Plaintiff viewed the only video of the incident. This is verified by the attached affidavit (Exhibit 1 – Affidavit of Larry Johnson) completed by the unit team member who supervised the viewing. Plaintiff will additionally be allowed to watch the video again in the future upon written request to KDOC. To the extent that Plaintiff claims that handheld camera videos of the incident exist and have been withheld from him (Doc. 20 at 4, 6; Doc. 21 at 2-3; Doc. 23 at 1), Defendants submit that Plaintiff has viewed all videos of the incident, and despite Plaintiff's claims otherwise, such handheld camera videos do not exist. The surveillance camera video in Exhibit 15 of the *Martinez* Report clearly shows that no handheld camera was used.

Because Plaintiff has viewed all existing video evidence of the incident in question, Defendants request that the Court deny Plaintiff's Motion for Order as moot.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
785-296-2215
Fax: (785) 291-3767
*Attorney for KDOC Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 23rd day of November, 2022, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to the following:

    Jon D. Graves
    Hutchinson Correctional Facility
    PO Box 1568
    Hutchinson, KS 67504-1568
    jon.graves@ks.gov
    *Attorney for Hutchinson Correctional Facility, Interested Party*

    Natasha M. Carter
    Kansas Department of Corrections
    714 SW Jackson Street, Suite 300
    Topeka, KS 66603
    natasha.carter@ks.gov
    *Attorney for Kansas Department of Corrections, Interested Party*

I also certify that a copy of the above was served by means of first-class mail, postage prepaid, addressed to:

    Anthony S. Kidd, #93399
    EL DORADO Correctional Facility-Central
    PO Box 311
    El Dorado, KS 67042
    *Plaintiff, pro se*

                                                  */s/ Matthew L. Shoger*
                                                  Matthew L. Shoger
                                                  Assistant Attorney General

EXHIBIT 1

## SUPERVISED VIEWING AFFIDAVIT

I, __UTS Johnson, Larry__, of lawful age and duly sworn on oath state as follows:

1. I am employed by the Kansas Department of Corrections ("KDOC") at:

   - [x] El Dorado Correctional Facility (EDCF)
   - [ ] Ellsworth Correctional Facility (ECF)
   - [ ] Hutchinson Correctional Facility (HCF)
   - [ ] Lansing Correctional Facility (LCF)
   - [ ] Larned Correctional Mental Health Facility (LCMHF)
   - [ ] Norton Correctional Facility (NCF)
   - [ ] Topeka Correctional Facility (TCF)
   - [ ] Winfield Correctional Facility (WCF)
   - [ ] Wichita Work Release Facility (WWRF)

   as a __Unit Team Supervisor__.
   (title)

2. __Kidd, Anthony__, # __0093399__, viewed the video from
   (resident name)   (resident #)

   __12/28/2021__ on __11/10/2022__ in __EDCF-C-E1 Cell house Unit Team Office__
   (date of incident)   (date of viewing)   (location of viewing)

   UTS Johnson, Larry
   Printed Name

   x UTS JOHNSON, L
   Signature

State of __Kansas__
County of __Butler__

Signed and sworn to (or affirmed) before me on this __22nd__ day of November, 2022, by __Richard Hoover__.

_Richard D Hoover_
Notary Public

My commission expires:

NOTARY PUBLIC - State of Kansas
RICHARD D. HOOVER
My Appt Expires 9/16/2026