Anthony S Kidd
Plaintiff

v.

Jeremy Baker, et al.
Defendants

CASE: No 22-3123 JWL-JPO

2

## Motion for Default

### Arguements

1) The Defendents states the following Currently. Defendants must Respond By Nov/14/2022 "Note" — But Fail to Compete in or finish An Appointed Contest

2) Defendants Require Additional Time to Obtain A necessary declaration And other evidence. The Issue Here would Be to under mind The Plaintiff is one Thang But Trying To undermind the Court is wholly In Appopiate, As this Court Vett Through The Plaintiff motion filed Nov/3/2022 (Motion for These Exhibits that Should Be In the Martinez Report or objecting to the Cover up) 1.) Policy of A AI Responce / Plus A (Force Cell Move) Must Have the Hand Held Video Camera. But it was claimed No Record of ?
2) Plaintiff Providing (Exhibs) of the Medical Report wile in (LCMHF) That was Said No Record of. the RN was Zucinda Milsap)

1.)

3)

3) Plaintiff Have Evidence or Exhibs of emergence Grievance - Certified Mail Receipt And Receipt To Secretary of Correction with (AWR) That was Said No Record of By (Penny Riedel) she's over Records At (LMHCF) The Defendents Asked for counsel Around (11/4/2022) But what Defendants should Have Litigated - The defendants Need more Time to Litigate Declarations But By These Defendents Try to undermind The Court, with no Body to Blame wy the Defendant fail to Respond to these Cover ups! And Policy The Plaintiff Ask for A Default And Rewarded Compensation For the Defendants (Fraudelent litigation) ! And Bad Acts on the Plaintiff Mr Kidd. The Delay, was not Having All The (Videos) in the Martinez Report in the First Place And The Videow of the Plaintiff Reviewed clearly Show the Plaintiff Being Punched on wile Cuffed And Defendent Baker choking the Plaintiff on the Floor And At least 800 pounds on the Plaintiff Back Stoping the Plaintiff Air Flow - The Delay Her would Be Not to Concur or Agreeing to A (eight 8) Amendment Constitutional Voilation, when it is one! By The Defendants.

2.)

Certificate of Service

I Herby Certify That on (NOV 23/2022) I Past to Staff for Electron filed with The Court By using the CM/ECF System which will Send A Notice of Electronic Filing

I Anthony S Kidd #93397 Declare under Penilty of Perjury That foregoing is true And Correct Pursuant to 28 USC § 1744

(Conclusion)

The Plaintiff Ask for A Default And Rewarded Compensation For the Bad Acts on the Plaintiff And the Defendant Fraudelent litigation

3.)