1)

E-Filing Cover sheet

From Anthony S Kidd # 93399
EDCF 1737 SE US Hwy 54
Eldorado KS 67042-0311

To US District Court
District of Kansas

CASE NAME: Civil Rights Complaint
Pursuant to 42 USC
§ 1983

CASE NO: 22-3123-SAC

Date of filing Nov/23/2022

Number of Pages Including this PAGE
NO: 4)