In the United States District Court
for the District of Kansas

Anthony S Kidd )
    Plaintiff )
                ) CASE.NO. 22-3123
V. )
Jeremy Baker, et al., )
    Defendants )

(2)

( Response In Opposition to Defendants motion for Order )

( Arguements )

1.) The Plaintiff Recieved A motion from the defendents filed Nov/23/2022/ The same time The Plaintiff Filed for his DAFAULT of Judgement/on the Defendants About Failing to Response to the Facts its Policy for A A1-Response And Force cell move/must Have that Hand Held Video Camera, And Advised the court the Defendants try to undermine the court.

(NOTE) BY) Knowing the Defendants was not going to show that Seconded Footage of those Bad Acts/if the Defendant was not Trying to undermine the court/Then wy did the Defendants motion for A extension of Time Asking the court Time To provide Plaintiff with All camera videos.

NOTE) The Plaintiff Mr. Kidd object to that motion Becouse The Defendants was not Coming Clean About Those Bad Acts Even when its The KDOC Policy To Have that Hand Held Video.

2) Plaintiff Ask the Court for A DaFault Judgement Because No Respond

3

Note) But the Defendants states Plaintiff motion the Court to view All Camera videos. The defendents stating I the Plaintiff motion is now moot (I object) to that Becouse the defendants Fail to Respond. The Defendant said Plaintiff viewed the only video of the Incident Nov/10/2022/ of the Incident This would Be verified By the Attached Affidavit Exhibit 1) Affidavit of Larry Johnson Completed By the unit team member who supervised the viewing. / Note)(if the Defendants was coming clean it would showe were Plaintiff MR Kidd sighed the paper for viewing the Video And signed I'm objecting to the Authenticity And Advised the unit Team Larry Johnson The Video was sliced And chopped. / And for the Record the Plaintiff Objects to the video Even when its showes A Constitutional Violation From 10:47 it was At Least eight Hundred Pounds on the Plaintiff Back. As Baker was punching Plaintiff To the Floor Bear Hugging or may I say Choking Plaintiff Aroun 10:48 the Video Showe Baker Have His right Hand on the Plaintiff Neck Chocking down A Loen with At Least eight Hundred Pounds on the Plaintiff Back And side Asphyxiationing The Plaintiff So I the Plaintiff Could not Take In Air Note) MR (Cedric Lofton) A young man Like A week Later Died from the same Tactics Asphyxiation At the Wichita Juvenile Senter

## Conclusion

4)

1) it's Policy of the KDOC Prision staff to have that Hand Held Video for (A AI-Response) And (Force Cell movies) (And if not) — it's Fair to Say THAT's A DAFAULT of Judgement IN it self!

2) NOTE) Not ONE Time did the defendants Say its not policy to Have that Hand Held Video, when it's A AI Responce or Force Cell Movie on ANY Inmates!

3) I The Plaintiff (signed) (object) to the Authenticity wile (sighing for viewing) ONE of the Footage! The Plaintiff Also Ask The court for A Judgement of DAFault Fail to Respond And There motion filed NOV/23/2022 would Be Late! Response! on what ever the Court Deem Necessary.

(Certificate of Service)

I Henby Certify that on (NOV/30/2022) I Past to staff for Electron Filed with the court By using the CM/ECF System wich will Send A Notice of Electronic Filing

I Anthony S Kidd #93399 Declare under Penity of Purjury That Fore going is true And Correct Pursuant to 28 USC § 1744