1)

E-Filing Cover sheet

From: Anthony S Kidd #93399
EDCF 1737 SE US Hwy 54
Eldorado KS 67042-0311

To US District Court
District of Kansas

CASE NAME: Civil Rights Complaint
Pursuant to 42 USC
§ 1983

CASE NO: 22-3123

Date of filing Nov/23/2022

Number of Pages Including This Page
NO: 4.)