# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

ANTHONY S. KIDD,

        **Plaintiff,**

v.                                          Case No. 22-3213-JWL-JPO

JEREMY BAKER, TYLER JONES, MICHAEL FALCK, JASON VSETECKA, (FNU) SIMMONS and JOHN DOE,

        **Defendants.**

## JUDGMENT IN A CIVIL CASE

( )    **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(x)    **DECISION BY THE COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED** that this matter is dismissed for failure to state a claim.

Entered on the docket 12/07/22

**Dated: December 7, 2022**        SKYLER B. O'HARA
                                              CLERK OF THE DISTRICT COURT


                                              s/S. Nielsen-Davis
                                              **Deputy Clerk**