Mr Anthony Kidd #93399
EDCF 1737 SE US Hwy 54
El Dorado, KS 67042-0311

In the United State District Court
for the District of Kansas

Asking - Motion to Amend KSA 60 3703
(Arguements)

1) KSA 60 3703 A Plaintiff must apply to Trial Court for Permission to Amend the petition to Include A claim for punitive Damages A Plaintiff must show there is A Probability that He or She will Prevail on the Claim

2) The question [257 Kan. 795] Before the Trial Court on A Motion to Amend A Tort Pleadings to Claim punitive Damages is whether the evidence As Disclosed from the Affidavits given the Standard The Plaintiff is Required to meet in order To Prevail on A Punitive Damages Claim Sufficient As A matter of Law to support the Plaintiff Claim under the provisions of KSA 60 3703. The Trial Court determination under KSA 60 3703 is Not the Same As for A Summary Judgment or Directed Verdict Determination

1)

The one significant similarity with the trial court approach to a motion for summary judgment or directed verdict is that (the trial court must under KSA 60 3703 view the evidence as disclosed from the affidavits in a light most favorable to the party moving for amendment

3) Under KSA 60 3703 the decision whether to permit the plaintiff to amend is discretionary in that the statute provide that the court may allow the filing of an amended petition claiming punitive damages thus the standard of review on appeal is one of abuse discretion

4) When the tort of outrage is asserted two threshold requirement must be met. The trial court must determine (1) whether the defendants conduct may reasonably be regarded as so extreme and outrageous as to permit recovery and 2) whether the emotion distress suffered by the plaintiff is of such extreme degree the law must intervene because no reasonable person should be expected to endure it.

5) In order for conduct to be deemed sufficient to support the tort of outrage it must be so outrageous in character and so extreme in degree as to go beyond the bounds of decency.

And to be Regarded As Atrocious And utterly Intolerable in civilized society The Classic test is that liability may be found to exist when the Recitation of the Facts to An Average Citizen would Arouse Resentment against the Actor And lead that Citizen to Spontaneously exclaim Outrageous! The court of Appeals Held that the standard to Be Applied in such proceedings is whether A Jury Could Reasonably Find for the Plaintiff on the Issue of Punitive Damages. if so Then the "Amendment" should Be Allowed .17 Kan App. 2d At 735. 843 P.2d 737. The Court of Appeals Noted that this standard is the Same As if A Directed Verdict or Summary Judgment Motion Had Been filed by defendant .17 Kan App. 2d At 735. 843 P.2d 733. Because it was not clear whether the district Court in this Case Had determined whether the evidence would Be clear And Convincing to the Court or whether it could Be Considered clear And Convincing to the Court or whether it could Be Considered clear And Convincing to A Reasonable Jury the Court of Appeals [257) Kan 800] Remanded the Case to the trial Court for determination of this issue 17 Kan App. 2d At 736. 843 P.2d 737

Please see Attached Amended documents on Pages 20 Threw 26 (20-26)

(Certificate of Service)

I Her by Certify that on (Dec/14/2022) I Past to Staff for Electronic Filed with the Court By using the CM/ECF System wich will Send A Notice of Electronic Filing

I Anthony S/Kidd #93399 Declare under Penity of Punjury that Fore going is True And Correct Pursuant to 28 USC