E-Filing Cover sheet

From: Anthony s Kidd #93399
EDCF 1737 SE U.S Hwy. 54
Eldorado, Ks 67042-0311

To: US District Court
District of Kansas

CASE NAME: Civil Right Complaint
Pursuant to 42 USC
§ 1983

CASE NO: 22-3123-SAC

Date of Filing Dec/14/2022

Asking Motion to Amend KSA "60-3703"
"See Fed. R. Civ P. 15", Added NAME - "DANNY, Bentley"
"See Fed R.Civ P. 10(A)" Added NAME "Courtnie, Simmons"

Number of Pages Including this Page 57