IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ANTHONY S. KIDD,

    Plaintiff,

    v.                                    CASE NO. 22-3123-SAC

JEREMY BAKER, et al.,

    Defendants.

## O R D E R

Plaintiff brought this pro se civil rights complaint under 42 U.S.C. § 1983. On December 7, 2022, the Court entered a Memorandum and Order (Doc. 31) screening Plaintiff's Complaint after reviewing the *Martinez* Report and Plaintiff's responses to that report. The Court found that Plaintiff had failed to state a claim upon which relief may be granted and dismissed the Complaint.

On December 14, 2022, Plaintiff filed a motion to amend complaint (Doc. 33) with a proposed amended complaint attached. Plaintiff seeks to amend his complaint to add a claim for punitive damages. Plaintiff does not seem to be aware that his case has been dismissed.

Because this case has been dismissed, Plaintiff's motion is denied as moot.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to amend complaint (Doc. 31) is **denied as moot**.

**IT IS SO ORDERED**.

**Dated December 16, 2022, in Kansas City, Kansas.**

                                            <u>S/ John W. Lungstrum</u>
                                            JOHN W. LUNGSTRUM
                                            UNITED STATES DISTRICT JUDGE