ANTHONY Kidd
PlAINtiFF

V.S          CASE. NO: 5:22CV-03123-JWL-JPO

BAKer/et al.

Anthony S. Kidd
93399
EL DORADO Correctional Facility-Central
PO Box 311
El Dorado, KS 67042

RECEIVED U.S. COURT OF APPEALS 10TH CIRCUIT 2022 DEC 30 AM 9:55

"Notice of Appeal"

1) Come Now PlAINtiFF PRO se And give Notice that Appeals is Hereby TAKEN to the unite state of Appeal for the Tenth Circuit From the Court order DENYING 42 U.S.C § 1983 order filed 12/7/2022 PlANTiFF Appeals All Adverse Rulings of Such order To unite state of Appeals Tenth, Circuit!

2) Come Now MOVANT PRO SE And give Notice that Appeal is Hereby TAKEN to the united states of Appeal for the Tenth Circuit from the Courts order DENYING PlAINtiFF motion to Amend complaint for punitive DAMAGES. Because The CASE WAS Not Properly Adjudicate Because the objection of the video Footage - Amendment for the first time was need! Because the Court should HAVE examed The Evidence or Facts The main Hard Drive to show the cell House video was chopped And spliced And should Not dismiss The 1983 - untile the Court examed or Interragate the Attorney The PlAINtiFF Didnot Recieve A video Conferrence about the Facts or Evidents The Amending WAS properl for Conditions!

(THere IS A DECIARAtion)
SEE ATTACHed
→ PAper with Constitutional Voilations"!

I Anthony S Kidd Affirm under the Penalty for Punjury that I Placed
MY Constitutional Voilational Issues
First class Postage Prepaid in the Prison mail system for
Dec/21/2022

(1823 Stout St
Denver CO 80257)

Anthony S. Kidd
93399
EL DORADO Corr. Facility-Central
PO Box 311
El Dorado, KS 67042

## Constitutional Voilational Issues

To Do so you must make A substantial Showing of the Denial of A Consititutional Right

### "Arguement"

1) The memorandum And order should have been resolved In A different manner or that the Issues presented were Adequate to Deserve encouragement to proceed Further. 2) The court memorandum And order was wrong Because In 2010 The Supreme Court made it clear that A Prisoner CAN WIN AN Excessive Force Case even if they Are Not Seriously Injured Wilkins V. Gaddy 559 US 34 (2010) for example One court found A eight Amendment Violation when an officer Repeatedly Hit A Prisoner even though the Prisoner Had Immediately obeyed And order to lie Face Down on the Floor. And was Already Being Restrained By Four other officers. Note the Camera Footage would Reviel the Same Issue In The Kidd Plaintiff Case Plaintiff Had to Bite the Defendant At the End Because the Defendant would Not stop Chocking the Plaintiff 3) Estate of Davis By Ostenfeld V. Delo 115 F. 33. 1388 8th Cir 1997). In Another successfull case the Prisoner was Hand cuffed And Hit Several Time In the Head And Shoulders wile in A Kneel Position. Note In Plaintiff Case The Defendant Baker was Not Acting In good Faith or to maintain. Order Baker was Acting maliciously And sadistically to cause Harm Because the Camara would show the Defendant Baker Threw Punches from Start to End Aimed At Mr Kidd Head The whole Time wile Kidd was Already (Subdued) And Defendant was Not even Bit At the Time He was Aiming Punches Hitting Kidd In Hea