# United States Court of Appeals For The Tenth Circuit

__Anthony S Kidd__
Plaintiff/Petitioner

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT BY A PRISONER**

__Jeremy Baker, et Al.,__
Defendant/Respondent

CASE NUMBER 22-3123-SAC

I, __Anthony S Kidd__, declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant  ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☑ Yes  ☐ No  (If "No," go to Part 2)

    If "Yes," state the place of your incarceration
    Are you employed at the institution?
    Do you receive any payment from the institution?
    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☑ No

    If "Yes," state the total amount.

3. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☐ Yes ☒ No

If "Yes," describe the property and state its value.

N/A

I declare under penalty of perjury that the above information is true and correct.

Signed at: EL DORADO, C, F
PO BOX 311
EL DORADO, KS 67042
(Location)

12/22/2022
(Date)

_Anthony S Kidd_
(Signature)

#93399
(Inmate Number)

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Anthony S Kidd

Plaintiff, CASE NO: 5:22CV-03123-JWL-JPO

VS

Baker/etal

(Motion)
Asking to Proceed in forma Paperis

1) I'm Ask the Unite States of Appeal for the Tenth Circuit. would you Grant I the Plaintiff Mr Kidd to Proceed in fora Pauperies Attached would be a Six Mouths Bank statement

2) I Plaintiff Proceed iN forma Paperis (IFP) IN All my Cases And was granted

Certificate of Service
I Here By certify that on Dec/22/2022 I us mailed Postage Prepaid to 1823 Stout St Denver Co. 80257

Declaration
I Anthony Kidd 93399 Declare under Perjury of Purjury the the For going is True and Correct Pursuant to 28 USC

```
5/18/2022          15:35:31           Kansas Department of Corrections          PGM - BKR0050B          Page   1
                                          Inmate Account Statement
```

Inmate:   0093399 KIDD,ANTHONY,S

|              | Total Deposits | Average Cash Balance* | Average Forced Savings¹ Balance* | Average Mandatory Savings² Balance*** |
|---|---|---|---|---|
| November: | 129.40 | 419.54 | 748.07 | .00 |
| December: | 27.60 | 337.40 | 755.07 | .00 |
| January: | 27.65 | 238.09 | 755.07 | .00 |
| February: | 16.65 | 173.92 | 755.07 | .00 |
| March: | 100.00 | 112.96 | 760.88 | .00 |
| April: | 150.00 | 95.61 | 773.07 | .00 |
| Total all Months: | 451.30 | 1377.52 | 4547.23 | .00 |
| Average for Preceding Months:** | 75.22 | 229.59 | 757.87 | .00 |
| Current Available Balance as of 5/18/2022: | | 43.98 | 784.07 | |

*NOTE:   The average balance is calculated from the account data for the inmate
         location at the time interest is posted to his/her account for cash,
         forced savings, and mandatory savings.

**NOTE:  Average balance for preceding months is calculated from only
         months for which interest has been posted.

***NOTE: Mandatory savings cannot be spent on court costs or attorney
         fees pursuant to statute and the Kansas Department of Corrections policy.

This is to certify that this statement represents a true summary of
deposits and average daily balances for the period shown. The
current balance of available funds is as reflected in the above statement.

Certify Correct:                          *Jessica Ramsdell*   05/18/2022
KANSAS DEPARTMENT OF CORRECTIONS          Signature of Authorized     Date
714 SW Jackson, Suite 300
Topeka                  KS  66603-0000    Accountant I
                                          Position




¹Forced Savings is established per Internal Management Policy and Procedure 04-103.
²Mandatory Savings is established per K.S.A. 75-5268 1(g).