| | 5/18/2022 | | 15:35:31 | Kansas Department of Corrections<br>Inmate Account Statement | PGM - BKR0050B | Page 1 |

Inmate: 0093399 KIDD,ANTHONY,S

|  | Total Deposits | Average Cash Balance* | Average Forced Savings¹ Balance* | Average Mandatory Savings² Balance*** |
|---|---|---|---|---|
| November: | 129.40 | 419.54 | 748.07 | .00 |
| December: | 27.60 | 337.40 | 755.07 | .00 |
| January: | 27.65 | 238.09 | 755.07 | .00 |
| February: | 16.65 | 173.92 | 755.07 | .00 |
| March: | 100.00 | 112.96 | 760.88 | .00 |
| April: | 150.00 | 95.61 | 773.07 | .00 |
| Total all Months: | 451.30 | 1377.52 | 4547.23 | .00 |
| Average for Preceding Months:** | 75.22 | 229.59 | 757.87 | .00 |
| Current Available Balance as of 5/18/2022: | | 43.98 | 784.07 | |

*NOTE: The average balance is calculated from the account data for the inmate location at the time interest is posted to his/her account for cash, forced savings, and mandatory savings.

**NOTE: Average balance for preceding months is calculated from only months for which interest has been posted.

***NOTE: Mandatory savings cannot be spent on court costs or attorney fees pursuant to statute and the Kansas Department of Corrections policy.

This is to certify that this statement represents a true summary of deposits and average daily balances for the period shown. The current balance of available funds is as reflected in the above statement.

Certify Correct:
KANSAS DEPARTMENT OF CORRECTIONS
714 SW Jackson, Suite 300
Topeka                KS  66603-0000

*Jessica Ramsdell*  05/18/2022
Signature of Authorized    Date

Accountant I
Position




¹Forced Savings is established per Internal Management Policy and Procedure 04-103.
²Mandatory Savings is established per K.S.A. 75-5268 1(g).