UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

December 30, 2022

Anthony S. Kidd
#93399
El Dorado Correctional Facility
P.O. Box 311
El Dorado, KS 67042

**RE:**     **22-3285, Kidd v. Baker, et al**
Dist/Ag docket: 5:22-CV-03123-JWL-JPO

Dear Appellant:

The court has received and docketed your appeal. Please note your case number above.

Pro se parties must complete and file an entry of appearance form within thirty days of the date of this letter.

Attorneys must complete and file an entry of appearance and certificate of interested parties within 14 days of the date of this letter. *See* 10th Cir. R. 46.1(A) and (D). An attorney who fails to enter an appearance within that time frame will be removed from the service list for this case, and there may be other ramifications under the rules. If an appellee does not wish to participate in the appeal, a notice of non-participation should be filed via ECF as soon as possible. The notice should also indicate whether counsel wishes to continue receiving notice or service of orders issued in the case.

Under the Prisoner Litigation Reform Act, prisoners must pay the full amount of the filing fee. *See* 28 U.S.C. 1915(b)(1). The court must assess, and have the warden collect, partial filing fees. There are other requirements of prisoners under the act. They include providing a certified copy of the prisoner's trust fund statement for the preceding six months, and consenting to the collection of the funds from the prisoner's account by the custodian.

The district court is reviewing your application to proceed on appeal without prepayment of fees. Until the district court enters an order, proceedings on appeal are suspended. When that is done, you will receive further instructions.

Prisoners are reminded that to invoke the prison mailbox rule they must file with each pleading a declaration in compliance with 28 U.S.C. Section 1746 or a notarized statement, either of which must set forth the date of deposit with prison officials and must

also state that first-class postage has been prepaid. *See* Fed. R. App. P. 4(c) and *United States v. Ceballos-Martinez*, 358 F.3d 732, *revised and superseded*, 371 F.3d 713 (10th Cir.), *reh'g denied en banc*, 387 F.3d 1140 (10th Cir.), *cert. denied*, 125 S. Ct. 624 (2004). Prisoners should also review carefully Federal Rule of Appellate Procedure 4(c)(1), which was amended December 1, 2021.

You will receive further instructions regarding prosecution of this appeal from the court within the next few weeks.

Please contact this office if you have questions.

                Sincerely,

                Christopher M. Wolpert
                Clerk of Court

cc:    Matthew Shoger

CMW/mlb