IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ANTHONY S. KIDD,

    **Plaintiff,**

    v.                                              CASE NO. 22-3123-SAC

JEREMY BAKER, et al.,

    **Defendants.**

## O R D E R

Plaintiff brought this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. The Court granted Plaintiff leave to proceed *in forma pauperis*. On December 7, 2022, the Court entered an Order (Doc. 31) dismissing this matter. On December 30, 2022, Plaintiff filed a Notice of Appeal (Doc. 35) and a Motion for Leave to Appeal In Forma Pauperis (Doc. 36). The motion shows insufficient funds to pay the filing fee. The Court grants the motion.

**IT IS THEREFORE ORDERED BY THE COURT** that Plaintiff's Motion for Leave to Appeal In Forma Pauperis (Doc. 36) is **granted.**

Copies of this order shall be transmitted to Plaintiff and to the Clerk of the U.S. Court of Appeals for the Tenth Circuit.

**IT IS SO ORDERED**.

Dated January 3, 2023, in Kansas City, Kansas.

                                                   **S/ John W. Lungstrum**
                                                   **JOHN W. LUNGSTRUM**
                                                   **UNITED STATES DISTRICT JUDGE**