IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**FILED**
JAN 10 2023
Clerk, U.S. District Court
By: _____ Deputy Clerk

ANTHONY S. KIDD,

    Petitioner/Appellant,

vs.

JEREMY BAKER, et al.,

    Respondents/Appellees.

Case No. 22-3123-JWL-JPO
Appeal No. 22-3285

## RECEIPT

Received from SKYLER B. O'HARA, CLERK, and filed upon receipt, Volume III to the Record on Appeal of the U.S. District Court for the District of Kansas in the above-referenced case, consisting of **Sealed Exhibit 15 in Support of Martinez Report** directed to the Clerk, U.S. Court of Appeals for the Tenth Circuit.

Dated: 1/6/23

CHRISTOPHER M. WOLPERT, CLERK

By _____, Deputy Clerk
Stacy S.

Please sign, date and return to:

Skyler B. O'Hara, Clerk
U.S. District Court for
the District of Kansas
490 U.S. Courthouse
444 S.E. Quincy
Topeka, KS 66683