IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ANTHONY S. KIDD,

        **Plaintiff,**

        v.                                            CASE NO. 22-3123-JWL

JEREMY BAKER, et al.,

        **Defendants.**

## O R D E R

Plaintiff brought this pro se civil rights complaint under 42 U.S.C. § 1983. On December 7, 2022, the Court dismissed the complaint. (*See* Doc. 31, 32). Plaintiff appealed. On April 20, 2023, the U.S. Court of Appeals for the Tenth Circuit issued a mandate affirming the dismissal. (Doc. 45).

Plaintiff has now filed a motion (Doc. 46) asking this Court to reconsider the dismissal of his complaint. The motion is denied. Plaintiff had the chance to present his arguments on appeal.

**IT IS THEREFORE ORDERED** that Plaintiff's motion for reconsideration (Doc. 46) is **denied**.

**IT IS SO ORDERED**.

Dated May 11, 2023, in Kansas City, Kansas.

                                  **S/ John W. Lungstrum**
                                  **JOHN W. LUNGSTRUM**
                                  **UNITED STATES DISTRICT JUDGE**