E-Filing Cover Sheet

From: Anthony S Kidd # 93399
EDCF 1737 SE U.S Hwy 54
Eldorado. KS 67042-0311

To: US District Court
District of KANSAS

CASE NAME: Civil Right Complaint
Pursuant to 42 U.S.C
§ 1983

CASE NO: 22-3123-SAC

Date of E-Filing: MAY/16/2023

Number of Pages Including This Page 5 #

1.)

I Samuel the declaration I made verifying what happened with the incident involving Mr Kidd. The correct date is 12/28/21

2)

By Samuel
Garcia #114206 → w/ righting error
Should be
12/28/21

I inmate Samuel Garcia #114206 here by verify
on date 12-28-2023 at facility Larned
prison, A scuffle in the hallway. Inmate
pushed officers back out of his cell itappeared
Mr Kidd was afraid to be trapped in the
cell with the officers as officer
Baker was punching and hitting Mr
Kidd in the head and face while Mr
Kidd was already cuffed he was
slammed into the ground and he started
to yell he couldn't breath but officers
continued to hit and slam him though
he was already cuffed. Once the
scuffling ended officers still continued
to kneel on his back while pressing
his face in to the floor. Mr Kidd
was very clear having trouble breathing
so me and other inmates started
yelling at the officers to get off
of him. As they rolled him on to
his back and started to try and get
him up officer Baker put Mr Kidd in
a pretty brutal headlock as if Mr
Kidd was resisting although he wasnt.
A wheelchair was brought and Mr Kidd
was put into it and while cuffed in       3)
the wheelchair he was having a

Look The Back

Also

really hard time breathing and
was wheeled off.

I inmate Samuel Garcia #119206
subscribe and sworn before Declaration
Pursuant to (28 USC § 1746) I declare
under the penalty of Perjury that
the foregoing is true and correct

4)

I The Plaintiff Mr Kidd Found A WRiting

Error! About the Sworn Declaration on

Page 13) The Attorny General WAS Advised

of the Errors Also of Samuel Gorcia #119202

Sworn Declaration Verifying the Correct Date

(12/28/21) of the Scuffle in the Hallway At

Larned, on page 24 Also!

(Certificate of Service)

I Anthony s Kidd Certify that on May 16/2023, I E-File

The Foregoing document with the clerk of the court To the

Us District Court, District of Kansas! by Using the Cm/ECF

System which will Send A Notice of E-Filing to the following: Attorny

General - Matthew L shoger Assistant Attorny General

180 sw 10Th Avenue 2Nd Floor Topeka, Ks 66612 -1597

5.