IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**ANTHONY S. KIDD,**

      **Plaintiff,**

      v.                                     CASE NO. 22-3123-JWL

**JEREMY BAKER, et al.,**

      **Defendants.**

### O R D E R

Plaintiff brought this pro se civil rights complaint under 42 U.S.C. § 1983. On December 7, 2022, the Court dismissed the complaint. (*See* Doc. 31, 32). Plaintiff appealed. On April 20, 2023, the U.S. Court of Appeals for the Tenth Circuit issued a mandate affirming the dismissal. (Doc. 45). Plaintiff then filed a motion for reconsideration (Doc. 46), which the Court denied (Doc. 48).

This matter is before the Court on a filing by Plaintiff (Doc. 49), which includes a statement from another inmate who witnessed the incident upon which the complaint is based. Plaintiff may have intended the statement to support his motion for reconsideration. However, the motion has been denied, and Plaintiff's latest filing would not have changed that ruling. No further action will be taken by the Court.

**IT IS SO ORDERED**.

Dated May 16, 2023, in Kansas City, Kansas.

                                                      S/ John W. Lungstrum
                                                      JOHN W. LUNGSTRUM
                                                      UNITED STATES DISTRICT JUDGE