United States Court of Appeals
for the Tenth Circuit

22-3285, Kidd v. Baker, et al
Dist/Ag docket: 5:22-cv-03123-JWL-JPO

(Motion for Appeal!)

Arguements!

1) Plaintiff Mr Kidd Appeals pro se from the Order of the District Court Dismissing the motoin for Reconsideration (Doc. 46 it was so ordered. Date May 11, 2023 But Now Appeal The Lower court Ruling on All Advent Rulings.

1A.) Mr Kidds claim involved Allegations of His Condition in Confinment the Relevant Path to exhaust His Claims was set out in Impp 44-15-101b. /Note it is petitioners Claim that the (Courts) Relinquished Jurisdiction with A Ruling Contrary to Law. This Amounts to Acting in A Manner Incosistant with Due Process.

Petitioner Presented Claim And Evidence of A Violation of the eight Amendment, Because of Conditions of Confinement But the (Courts) Misconscrewed claim As A (Property Claim) This Misunderstanding was no fault of patitioner But led to the Improper Ruling from the Honorabl Courts *

1)

Petitioner Mr Kidd Had met All (Criteria is) for this Civil Complaint to Be Considered on its merits And Requested Reconsideration Based on Lack of Jurisdiction manifest Injustice. And the Interest of Justice the Rulings Based on A misunderstanding of the Issue Being presented And Statements of Fact Amount to void Judgement.

A void Judgement Grounds No Rights. forms No Defense to Action Taking there under And is Vulnerable to Any manner of Collateral Attack. No Statute of Limitations or Repose Run on its Holdings. The matters Thought to Be Settled there By Are not Res Judicata! And years Later, when the memories may Have Grown dim And Rights Long Been Regarded As Vested. And Disgruntled Litigant may (Reopen) the Old wound And once more Probe it's Depths And it is Then As thought Trial And Adjudication Had Never Been 10/13/58 fritts v. Krogh, Supreme Court of Michigan, 92 N.W. 2d 604. 354 Mr. 92) The Prior Judgement Must Be A Valid Final Judgement for Res Judicata or Colleral Estoppal (Frandson v. Westinghouse Corp) 46 F.3d 975 (10TH Cir. 1982)

Fed. R. Civ. P. Rule 60(b)(4). 28 U.S.C.A.J U.S.C.A Amend 5, Klugh v. United States. 620 F. Supp. 892 D.S/1985 A judgement is void if the court that rendered it lacked jurisdiction of the subject matter or of the parties, or acted in a manner inconsistant with due process.(I plaintiff - appealing all advent rulings) Because Kidd grievanced his beating and being on OSR" Thats condition and confinement. And one of these Dead lines which Kidd did file no later than one year after the event do to the exceptional cercomstance for being placed on OSR and physicaly hurt and mentaly scarred The the plaintiff Mr. Kidd grievance was intertained and investigated There fore the grievance was exhausted under 44-15-1013. Time Limitations for filing grievance Mr Kidd By Impp statutes grievance properly exhausted and law the plaintiff used in his grievance

3

1) B) Plaintiff Mr. Kidd objected to the Martenez Report! Saying the camera footage was altered on May I say spiced Did the Lower Court err nor By not invistagating the matter or give the Jury a chance to view the 1983 Civil Complaint Because the Plaintiff Mr. Kidd Also have a Sworn Declaration By Inmate Samuel Garcia Verifying what happended on Date 12/28/2021 I'm Appealing All Advert Rulings! The lower court fail to properly rule on the rulings Based on a Misunderstanding of the Issues Being presented And statements of facts amounted to a void Judgement! Also the Lower Court fail to understand The U.S Court of Appeal fail to rule on the civil Complaint only my Grievance Issues! So wy would The Lower Court say Plaintiff had the chance to Present his Arguments on Appeal,

4)

But the Lower Court fail to understand I did A Motion to reconsiter or/en-Banc! But the court of Appeal, just blew me off as if I didn't pay to be Heard! I fill like I'm fiaghting the court instead of the defendants who never filed A declaration for Dismissal! Note A court can not confer jurisdiction where none existed and can not make a void Proceeding valid. Its clear and wen established law that A void order can be challenged in Any Court (old Wayre mu.L. Assos v. Mc Donough, 204 U.S. 8. 27 S.Ct 236 (1907) A void Judgement is one rendered by court which lacked Subject matter jurisdiction, or Acted in A manner inconsistant with Due Process - when Rule providing for relief from void judgement is Applicable, relief is not A discretionary matter but is manditory. See Orner V. Shala, 30 F.3d 1307 (1994) Judgement entered where court Lacked either Subject matter or personal jurisdiction or that where otherwise entered in violation of Due Process of law must be set Aside

5)

And Plaintiff Mr Kidd Humbly Ask the courts if they do not wont to properly Rule or Properly Intertain His motions would the Two courts give the Plaintiff Mr Kidd His Mony Back! Becouse the <u>Lower Court And US Appeals</u> Rulings Are <u>Contrary to Law</u> ON (Impp statutes) About the Plaintiff Grievance/or when Force was used And Wy Force was use! Becouse Defendant Baker was not Bit At the Time, wile punching The Plaintiff in the Head/wile Plaintiff Mr Kidd was Already subdued/ The Camara would Showe the Same! These issues Are not Discretionary Matters But Manditory! Mr. Kidd Have copyes of the (Warden) And The (Unit Team Answering) the Plaintiff Grievance. There for Waving Any Administrations Rieghts / Saying Plaint fail To properly exhaust. .

6

Certificate of Service

I Anthony's Kidd Here be Certify that on 5/22/2023 E filed to the United States Court of Appeals for the Tenth Circuit, And Mailed A copeyed motion to Appeal! To Matthew L Shoger Assistant Attorney General
120. SW 10Th Avenue 2nd Floor
Topeka, KS 66612-1597

7)