23-3093

Anthony S Kidd
Plaintiff

V.

Jeremy Baker, et al.,
Defendants

Anthony S. Kidd
#93399
El Dorado Correctional Facility
P.O. Box 311
El Dorado, KS 67042

No. 23-3093
(D.C. No 5:22-CV-03123-JWL)

---

You CAN deduck 252.53 from my Forced Savings Balance And the Balance of 252.50 from my Available Cash Please And Thank you!

---

2)

Attachment A, IMPP 04-103D
Effective 08-24-21

# Kansas Department of Corrections
## Account Withdrawal Request
(Complete One Request per Form)
**Attach letter and addressed/stamped envelope when required**

| Printed Name | Number | Facility | Unit/Cell Location | Date |
|---|---|---|---|---|
| Anthony S Kidd | #93399 | Eldorado | O/110 | 7/17/2023 |

Please pay the following and charge to my account:

### Outgoing Funds/Donations

**Payable To:** Clerk U.S District Court
Name

**$ 252.53** Forced Savings
Check Amount

**Address:** 444 SE Quincy, Room 490

**City, State, Zip:** Topeka, KS, 66683

| Title of Publication* |
|---|
| Frequency – (Circle One) |
| Yearly   Monthly   Weekly   Daily   Other |
| Number of Issues _____ |
| Expiration Date _____ |
| Publication Price _____ |
| *Book, Magazine or News Paper (Per IMPP 11-101) |

Purpose/Inmate Benefit Fund Group

I request the use of Forced Savings as provided in IMPP 04-103, for:
(Documentation Required)

☐ Community Identification
☒ Civil Filing, Transcript or Subpoena Fees
☐ Reentry Into the Community (Warden's Approval Required)

(To Be Completed by Mailroom)   **Postage** – (To Be Completed by Inmate)

☐ Postage
$ _____
Postage Amount

☐ Legal/Official Postage (Per K.A.R. 44-12-601)

☐ Certified (Only if Funds are Available)

Verified By _____

To:
Name _____
Address _____
City, State, Zip _____

**Reason:** Deducking 252.53 from my Forced Savings

| Resident Signature | Date | Unit Team Approval | Date |
|---|---|---|---|
| Anthony S Kidd | 7/17/2023 | WJS | |

Handicraft Approval (If Applicable)   Date
Religious Approval (If Applicable)   Date

☐ Applies to Outgoing Funds Limit
☐ Does Not Apply to Outgoing Funds Limit
☐ Use of Forced Savings Approval as requested above

Exception Approval   Date

This withdrawal request is being returned for the following reason(s):
___ Insufficient Funds
___ Signature Missing
___ Exceeds Spending Limit
___ Incentive Level
___ Envelope/Order/Stamp Missing
___ Unauthorized Per IMPP/KAR _____

___ Payee Missing
___ Insufficient Address
___ Amount Missing
___ Name/Number – Do Not Match
___ Illegible Information
___ Other _____

3)

Account Processor   Date Withdrawn   Acct. Use

Attachment A, IMPP 04-103D
Effective 08-24-21

# Kansas Department of Corrections
## Account Withdrawal Request
(Complete One Request per Form)
**Attach letter and addressed/stamped envelope when required**

| Printed Name | Number | Facility | Unit/Cell Location | Date |
|---|---|---|---|---|
| Anthony S Kidd | #93399 | Eldorado | D/110 | 7/17/2023 |

Please pay the following and charge to my account:

### Outgoing Funds/Donations

**Payable To:**
Name: Clerk U.S District Court

Check Amount: $252.50
Available/Cash To Spend

Address: 444 SE Quincy, Room 490
City, State, Zip: Topeka, KS 66683

Title of Publication*
Frequency – (Circle One)
Yearly  Monthly  Weekly  Daily  Other
Number of Issues _____
Expiration Date _____
Publication Price _____
*Book, Magazine or News Paper
(Per IMPP 11-101)

Purpose/Inmate Benefit Fund Group

I request the use of Forced Savings as provided in IMPP 04-103, for:
(Documentation Required)
☐ Community Identification
☐ Civil Filing, Transcript or Subpoena Fees
☐ Reentry into the Community (Warden's Approval Required)

(To Be Completed by Mailroom) | **Postage** – (To Be Completed by Inmate)

☐ Postage
☐ Legal/Official Postage (Per K.A.R. 44-12-601)
☐ Certified (Only if Funds are Available)

To:
Name _____
Address _____
City, State, Zip: 252.50 from my Available Cash
Reason _____

$ _____ Postage Amount
Verified By _____

Resident Signature: Anthony S Kidd  Date: 7/17/2023

Unit Team Approval _____ Date _____

Handicraft Approval (If Applicable) _____ Date _____
Religious Approval (If Applicable) _____ Date _____

☐ Applies to Outgoing Funds Limit
☐ Does Not Apply to Outgoing Funds Limit
☐ Use of Forced Savings Approval as requested above

Exception Approval _____ Date _____

This withdrawal request is being returned for the following reason(s):
___ Insufficient Funds
___ Signature Missing
___ Exceeds Spending Limit
___ Incentive Level
___ Envelope/Order/Stamp Missing
___ Unauthorized Per IMPP/KAR _____
___ Payee Missing
___ Insufficient Address
___ Amount Missing
___ Name/Number – Do Not Match
___ Illegible Information
___ Other _____

Account Processor _____ Date Withdrawn _____ Acct. Use _____